**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 98-50662**
**Summary Calendar**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**ARTURO CERINO-RAMIREZ,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**(EP-98-CR-289-ALL)**

_____

December 31, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Arturo Cerino-Ramirez has moved for leave to withdraw and has filed a brief as required by ***Anders v. California***, 386 U.S. 738 (1967). Cerino-Ramirez was convicted on a guilty plea of being an alien who was unlawfully in the United States after being excluded, deported, and removed; he has not filed a response.

Cerino-Ramirez directed his counsel to appeal only his sentence. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion to

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw is **GRANTED**; counsel is excused from further responsibilities herein; and the appeal is **DISMISSED**.  5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED